A. PETER RAUSCH, JR. (State Bar No. 127930)
Email: counsel@rausch.com
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Drive, Suite 106
Lodi, California  95242
Telephone: (209) 339-8500
Facsimile: (209) 339-8505

Attorneys for Plaintiff,
DEANNA WALTERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

Sacramento Division

| | |
|---|---|
| DEANNA WALTERS;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIDELITY MORTGAGE OF CALIFORNIA, INC.; CAL-WESTERN RECONVEYANCE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JAMES YORK; OCWEN LOAN SERVICING, LLC; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; AND DOES 1 THROUGH 50, INCLUSIVE;<br><br>　　　　Defendants.<br>_____<br>JAMES YORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEANNA WALTERS,<br><br>　　　　Defendant.<br>_____ | Case No. 2:09-CV-03317-FCD-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br>_____ |

Plaintiff DEANNA WALTERS ("Walters") and Defendants OCWEN LOAN

SERVICING, LLC ("Ocwen") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

1

---

INC, ("MERS") and James York ("York") by and through their undersigned attorneys of record, hereby stipulate and agree and respectfully request the Court approve granting Walters a brief extension of one (1) week to file a Second Amended Complaint.

This Stipulation and request is based on the following:

1. The Court issued a Memorandum and Order denying in part and granting in part, with leave to amend, Defendants Ocwen and MERS' Motions to dismiss and to Strike. Walters was granted fifteen days (April 29th) to file an amended complaint.

2. Walters has two counsel working on this matter. One of them has been traveling on the east coast for the last week and will only return to his home later today, April 28th. The other counsel is scheduled to travel to Hanover, New Hampshire to attend a Family Week-end at Dartmouth College from April 29th through May 2nd. As a result, while counsel have been working the amended pleading, they have not been able to meet and will not be able to meet until Monday May 3rd to review and polish the draft amended complaint and finalize the pleading for filing.

3. A brief extension of time is needed and is reasonable and appropriate to allow counsel to finish and file the amended complaint.

4. The extension with not delay the progress of the case nor prejudice any party.

5. The extension with advance the interests of justice.

Respectfully Submitted,

DATED: April 28, 2010              LAW OFFICES OF A. PETER RAUSCH, JR.

By: /s/ A. Peter Rausch, Jr.
A. PETER RAUSCH, JR.
Attorneys for Plaintiff, Deanna Walters

**[Submitted via E-Filing]**

| | |
|---|---|
| DATED: April 28, 2010 | HOUSER & ALLISON |
| | By: /s/ Lukasz I. Wozniak<br>LUKASZ I. WOZNIAK<br>Attorneys for Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc<br>**[Submitted via E-Filing]** |
| DATED: April 28, 2010 | WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP |
| | By: /s/ Eric Garner<br>ERIC GARNER<br>Attorneys for Defendant and Cross-Complainant JAMES YORK<br>**[Submitted via E-Filing]** |

### **E-FILING SIGNATURE ATTESTATION**

I hereby attest that I have been expressly authorized by opposing counsel to affix his signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

April 28, 2010      /s/ A. Peter Rausch, Jr.
                    A. Peter Rausch, Jr.

**[Submitted via E-Filing]**

### **ORDER**

**IT IS SO ORDERED**.

Date: April 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time for Plaintiff to File Second Amended Complaint
2:09-cv-03317-FCD-KJM