CARL P. BLAINE (State Bar No. 65229)
Email: cblaine@wkblaw.com
THOMAS B. SHERIDAN (State Bar # 249306)
Email: tsheridan@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:   (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for Defendant/Cross-Complainant
JAMES YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| DEANNA WALTERS,<br><br>            Plaintiff,<br><br>      v.<br><br>FIDELITY MORTGAGE OF CALIFORNIA, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JAMES YORK; OCWEN FEDERAL BANK FSB; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>            Defendants. | Case No. 2:09-CV-03317-FCD-KJM<br><br>STIPULATION FOR ISSUANCE OF ORDER PREMITTING AND REQUIRING PLAINTIFF TO POST A CERTIFICATE OF DEPOSIT IN LIEU OF BOND FOR AMOUNTS EQUAL TO FAIR RENTAL VALUE OF PROPERTY PENDING TRIAL AND **ORDER** |
| JAMES YORK<br><br>            Cross-complainant,<br><br>      v.<br><br>DEANNA WALTERS; AND DOES 1 THROUGH 5, INCLUSIVE,<br><br>            Cross-defendants. | |

/////

/////

1

Plaintiff and Cross-Defendant, DEANNA WALTERS ("Walters"), and Defendant and Cross-Complainant JAMES YORK ("York"), STIPULATE AND AGREE AS FOLLOWS:

1. WHEREAS, prior to removal to this Court of this case, Walters, York and their respective counsel executed a "Stipulation for Issuance of Order Permitting and Requiring Plaintiff to Post a Certificate of Deposit in Lieu of Bond for Amounts Equal to Fair Rental Value of Property Pending Trial" ("Stipulation"), under the previously filed state court action, Case No.: 39-2009 00212713-CL-OR-STK. Attached hereto and incorporated herein by this reference and marked "Exhibit A" is the original Stipulation.

2. WHEREAS, Walters and York, by and through their respective counsel, hereby reiterate and confirm their agreement as memorialized in Exhibit A, hereto.

DATED: March 29, 2010                WAGNER KIRKMAN BLAINE
                                     KLOMPARENS & YOUMANS, LLP


                                     By:  /s/ Eric R. Garner
                                          ERIC R. GARNER
                                          Attorneys for Defendant and Cross-
                                          Complainant, JAMES YORK

DATED: April 28, 2010                LAW OFFICES OF A. PETER RAUSCH, JR.


                                     By:  /s/ A. Peter Rausch, Jr.
                                          A. PETER RAUSCH, JR.
                                          Attorneys for Plaintiff and Cross-Defendant
                                          DEANNA WALTERS

**ORDER**

IT IS SO ORDERED.

DATED: May 27, 2010

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

2