ANNE-MARIE DINIUS (SBN 201766)
*amdinius@amdiniuslaw.com*
AMDinius Law
P.O. Box 610087
Redwood City, CA  94061
Telephone:     (650) 814-0810
Facsimile:      (650) 362-1923

Attorneys for Plaintiff
    DEANNA WALTERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNA WALTERS,<br><br>            Plaintiff,<br>vs.<br><br>FIDELITY MORTGAGE OF CALIFORNIA, INC.; CAL-WESTERN RECONVEYANCE CORP.; JAMES YORK; OCWEN LOAN SERVICING, LLC;  HSBC BANK U.S.A. N.A.; and DOES 1 Through 50, inclusive,<br><br>            Defendants. | **CASE NO.:** 2:09-cv-03317-FCD-KJM<br><br>**JUDGE:**    Hon. Frank C. Damrell, Jr.<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT**<br><br>**Action Filed:** February 9, 2009 |

**STIPULATION**

Plaintiff Deanna Walters ("Plaintiff") and defendants Ocwen Loan Servicing LLC, and James York (collectively, "Defendants"), through their respective counsel, hereby stipulate as follows:

1. On August 4, 2010, Plaintiff was granted fifteen (15) days to file a third amended complaint in accordance with the order issued by the Honorable Judge Frank C. Damrell, Jr..
2. On August 16, 2010, Plaintiff retained new counsel Anne-Marie Dinius of AMDinius Law.
3. Counsel requests an extension of time to meet with counselor A. Peter Rausch, JR.
4. The additional time is reasonable and appropriate to allow new counsel to finish and file the third amended complaint.

| | | |
|---|---|---|
| DATED:   August 18, 2010 | | AMDINIUS LAW |

By: _____
ANNE-MARIE DINIUS (SBN# 201766)
Attorney for Plaintiff
DEANNA WALTERS

DATED:  August 20, 2010                    LAW OFFICES OF A. PETER RAUSCH, JR.

By:         /s/A. Peter Rausch Jr.         
A. PETER RAUSCH, JR.
Attorney for Plaintiff
DEANNA WALTERS

DATED: August 18, 2010                     HOUSER & ALLISON

By:         /s/ Lukaszi I. Wozniak         
LUKASZ I. WOZNIAK
Attorneys for Defendant
Ocwen Loan Servicing, LLC

DATED: August 19, 2010                     WAGNER KIRKMAN BLAINE
                                           KLOMPARENS & YOUMANS LLP

By:         /s/Eric Garner                 
ERIC GARNER
Attorneys for Defendant
JAMES YORK

**ORDER**

**The court hereby orders that the third amended complaint shall be filed by September 2, 2010, with responsive pleading due 15 days later.**

**Dated:  August 20, 2010**

_____
**FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE**