Anne-Marie Dinius (SBN 201766)
*amdinius@amdiniuslaw.com*
AMDinius Law
3361 Oak Knoll Drive
Emerald Hills, CA  94062
Telephone:     (650) 814-0810
Facsimile:     (650) 362-1923

Attorneys for Plaintiff, DEANNA WALTERS

UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA WALTERS,<br><br>          Plaintiff,<br><br>  v.<br><br>FIDELITY MORTGAGE OF CALIFORNIA, INC.; CAL-WESTERN RECONVEYANCE CORP.; JAMES YORK; OCWEN LOAN SERVICING LLC; HSBC BANK U.S.A., N.A.; AND DOES 1-50, INCLUSIVE;<br><br>          Defendants. | Case No. 2:09-CV-03317-KJM-EFB<br><br>**ORDER ALLOWING WITHDRAWAL OF DEFENDANT JAMES YORK'S *EX PARTE* MOTION AND SUBSTITUTING ANNE-MARIE DINIUS AS TRUSTEE OF THE BLOCKED ACCOUNT**<br><br>Complaint Filed:  May 29, 2009<br>Complaint Filed:  Feb. 9, 2009 |
| JAMES YORK,<br><br>          Plaintiff,<br>  v.<br><br>DEANNA WALTERS,<br><br>          Defendant. | HEARING:     None Set<br>TIME:             None Set<br>COURTROOM:  15TH Floor, Ctrm 3<br>JUDGE:         Hon. Kimberley J. Mueller<br><br>Trial Date:  Not Yet Set |

In light of the Stipulation re: Defendant James York's *Ex Parte* Application Requiring Plaintiff to Pay Property Taxes and to into a Blocked Account, Dinius Decl. in Support Thereof, the Court hereby **ORDERS AS FOLLOWS:**

   1.      Defendant James York's *Ex Parte* Application for Order to Require Plaintiff to Pay Property Taxes and Monthly Rental Payments Into Stipulated Blocked Account Fund or Vacate the

1  Premises, or in the Alternative, for an Order that Deanna Walters Show Cause as to Why She Should
2  Not be Held in Contempt [Civil] is hereby denied as moot;
3     2.   If Ms. Walters does not provide proof of payment of all arrearages for the Blocked
4  Account on or before April 30, 2011 to Defendant James York and/or payment of the April 2011
5  property taxes on or before June 30, 2011, he can resubmit the matter to the Court via letter and Ms.
6  Walters will waive any opposition to Defendant's resubmission of the matter; and
7     2.   Anne-Marie Dinius shall replace A. Peter Rausch, Jr. as Trustee of the blocked savings
8  account established at the Bank of Stockton, Quail Lakes Delta Office, Stockton, California pursuant to
9  a Court Order dated May 27, 2010.

**IT IS SO ORDERED:**

DATE:  April 5, 2011.

_____
UNITED STATES DISTRICT JUDGE