IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANNA WALTERS,

    Plaintiff,                            CASE NO. 2:09-CV-3317-KJM-EFB

    vs.

FIDELITY MORTGAGE OF
CALIFORNIA, INC., et al.,

    Defendants.

ORDER

Defendants have requested a telephonic appearance for the status conference scheduled for July 20, 2011. ECF 82. Plaintiff has opposed defendants' request. ECF 83. This court's standing order, available through a link provided on the court's calendar page, notes the court's requirement that counsel appear in person for the initial case management conference. Defendants' filing does not establish good cause for an exception to the court's requirement. As such, defendants' request is DENIED.

        IT IS SO ORDERED.

DATED: July 15, 2011.

_____
UNITED STATES DISTRICT JUDGE