UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEANNA WALTERS,

        Plaintiff,

   v.

FIDELITY MORTGAGE OF
CALIFORNIA, INC., et al.,

        Defendants.
_____/

NO. CIV. S-09-3317 KJM-EFB

ORDER

On August 2, 2011, the court ordered Deanna Walters ("plaintiff") and defendant and cross-claimant James York ("York", together with plaintiff, the "parties"), to submit to the court a joint statement setting forth "(i) whether all amounts due under the parties' stipulation have now been paid, even if belatedly; and (ii) what relief is appropriate going forward." ECF 92. On August 5, 2011, the parties submitted a joint statement wherein they agreed that plaintiff has paid all property taxes and has not paid all rent payments; however, the parties disagreed regarding the relief Mr. York is entitled to based on plaintiff's failure to comply with the parties' stipulations and related court orders. ECF 94. The court requires further briefing with citation to legal authority to determine what relief is appropriate, in light of defendant's still-pending ex parte application and renewal of application for an order filed on July 19, 2011.[1] (ECF 86). The court will hear argument on the matter on September 28, 2011, with briefing

---

[1] The court recognizes that the factual record has changed since July 19, and assumes the briefing to be filed as ordered herein will address the facts the parties can establish at the time their briefs are due.

1  deadlines set by the hearing date in accordance with the local rules.  Defendant's opening brief
2  shall be no longer than 10 pages; and opposition and reply briefs shall be no longer than 5 pages.
3      IT IS SO ORDERED.
4  DATED: August 9, 2011.

_____
UNITED STATES DISTRICT JUDGE

2